JACKSON LEWIS LLP
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, New Jersey 07960-6834
(973) 538-6890

ATTORNEYS FOR DEFENDANT IPC INTERNATIONAL CORPORATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHELLE MOODY and, PRISCILLA NOEL | : : : |
| Plaintiffs, | : Civil Action No. |
| v. | : : |
| IPC INTERNATIONAL CORPORATION a/k/a IPC CORPORATION, | : **CERTIFICATE OF SERVICE** : |
| Defendant. | : |

I hereby certify that a true and correct copy of IPC International Corporation's ("Defendant") notice and petition for removal, notice of filing of petition for removal, notice of compliance with 28 U.S.C. § 1446(d), application for extension of time to answer, move or otherwise respond to Plaintiffs' complaint, and this certificate of service were served upon Samuel A. Dion, Esq., counsel for Plaintiffs, at his office located at Dion & Goldberger, 1616 Walnut Street, Suite 2316, Philadelphia, PA 19103, by overnight mail on this 6th day of November, 2007.

I further certify that a copy of Defendant's notice of filing of petition for removal of case was filed with the Clerk of the Superior Court of New Jersey, Atlantic County Civil Part, Atlantic County Civil Court House, 1201 Bacharach Boulevard, First Floor, Atlantic City, New Jersey 08401, via overnight mail on November 6, 2007.

/s/ Mary C. Delclos
Mary C. Delclos

77777 pleading007-certs (federal).doc